**LEWIS BRISBOIS BISGAARD & SMITH LLP**
LANE J. ASHLEY, SB# 073296
  E-Mail: Lane.Ashley@lewisbrisbois.com
MICHAEL K. JOHNSON, SB# 130193
  E-Mail: Michael.Johnson@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendant NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. and AMERICAN INTERNATIONAL GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| MARIA ISABEL DELGADO,<br><br>             Plaintiff,<br><br>     vs.<br><br>PRIMERICA LIFE INSURANCE COMPANY; PRIMERICA FINANCIAL SERVICES INSURANCE MARKETING, INC.; AMERICAN INTERNATIONAL GROUP, INC.; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; WELLS FARGO & CO.; WELLS FARGO BANK, N.A.; and DOES 1-10,<br><br>             Defendants. | CASE NO. 4:17-cv-03744-HSG<br><br>**STIPULATION AND ORDER EXTENDING DUE DATE FOR RULE 26 INITIAL DISCLOSURES BY THE PARTIES**<br><br>The Hon. Haywood S. Gilliam, Jr.<br><br>Trial Date:     None Set |

Plaintiff MARIA ISABEL DELGADO and Defendants PRIMERICA LIFE INSURANCE COMPANY; PRIMERICA FINANCIAL SERVICES INSURANCE MARKETING, INC.; AMERICAN INTERNATIONAL GROUP, INC.; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.; WELLS FARGO & CO.; WELLS FARGO BANK, N.A., hereby enter into the following stipulation:

WHEREAS, the parties' Rule 26(a)(1) initial disclosures are currently required to be exchanged by September 21, 2017;

WHEREAS, Plaintiff has filed a motion for remand, which is currently set for hearing on

September 21, 2017;

WHEREAS, if Plaintiff's motion for remand is granted and this action is remanded to the Superior Court, the parties will not need to comply with the disclosure obligations of Rule 26(a)(1);

NOW, THEREFORE, the parties, by and through their respective attorneys of record, hereby stipulate, and respectfully request the Court, to extend the date for the parties' Rule 26(a)(1) initial disclosures until 30 days after the Court issues its ruling on Plaintiff's pending motion to remand.

IT IS SO STIPULATED.

DATED: September 11, 2017   PERETZ & ASSOCIATES

By: /s Yosef Peretz
Yosef Peretz
Attorneys for Plaintiff
MARIA ISABEL DELGADO

DATED: September 11, 2017   HINSHAW & CULBERTSON LLP

By: /s/ Ophir Johna
Ophir Johna
Attorneys for Defendants
PRIMERICA LIFE INSURANCE COMPANY
and PRIMERICA FINANCIAL SERVICES
INSURANCE MARKETING, INC.

DATED: September 11, 2017   MICHELMAN & ROBINSON, LLP

By: /s/ Jeffrey D. Farrow
Jeffrey D. Farrow
Attorneys for Defendants
WELLS FARGO BANK, N.A., and WELLS
FARGO & CO

DATED: September 11, 2017           LEWIS BRISBOIS BISGAARD & SMITH LLP

By:      /s/ Michael K. Johnson
         Lane J. Ashley
         Michael K. Johnson
         Attorneys for Defendant NATIONAL UNION
         FIRE INSURANCE COMPANY OF
         PITTSBURGH, PA and AMERICAN
         INTERNATIONAL GROUP, INC.

I hereby attest per Local Rule 5-1(i)(3) that concurrence in the filing of this document has been obtained from each of the other Signatories to this document.

DATED: September 11, 2017           LEWIS BRISBOIS BISGAARD & SMITH LLP

By:      /s/ Michael K. Johnson
         Michael K. Johnson.

## ORDER

Based on the above stipulation, and good cause having been shown, the Court hereby ORDERS that the date for the parties' Rule 26(a)(1) initial disclosures is extended, and such disclosures shall be made 30 days after the Court issues its ruling on the pending motion to remand by Plaintiff.

**IT IS SO ORDERED.**

DATED: September 12, 2017

By: _____
    HAYWOOD S. GILLIAM, JR.
    United States District Judge